# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 1, 2017

## NO. 03-14-00193-CR

**Martin Lopez Montejo, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
AFFIRMED IN PART; VACATED IN PART -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgments of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgments of conviction. Therefore, the Court vacates the district court's judgments of conviction for the offense of indecency with a child by exposure. The Court affirms the district court's judgment of conviction for the offense of aggravated sexual assault of a child. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.